# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# JUDGE LEWIS T. BABCOCK

## COURTROOM MINUTES
_____

| | | | |
|---|---|---|---|
| Courtroom Deputy: | Emily Seamon | Date: | November 13, 2013 |
| Court Reporter: | Janet Coppock | Probation: | Nicole Peterson |
| | | Interpreter: | Susana Cahill |

_____

Criminal Action No. 13-cr-00280-LTB        <u>Counsel:</u>

UNITED STATES OF AMERICA,                   Richard Hosley

    Plaintiff,

v.

1. CARLOS RAMOS-SANCHEZ,                    Scott Varholak

    Defendant.

_____

## SENTENCING
_____

9:00 a.m.      Court in Session.

Defendant is present and in custody.

Interpreter sworn.

> Defendant plead guilty to Count 1 of the Indictment on September 4, 2013.

Statements by Mr. Hosley and Mr. Varholak.

**ORDERED**:   Defendant's Motion for Variant Sentence [Doc. No. 22, filed October 25, 2013] is GRANTED.

**ORDERED**:   Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the

1

        court that Defendant, Carlos Ramos-Sanchez, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 27 months.

**ORDERED**: Upon release from imprisonment, Defendant shall be placed on supervised release for a period of 3 years.

**ORDERED**: Conditions of Supervised Release:
- (X) Within 72 hours of release from the custody of the Bureau of Prisons, Defendant shall report in person to the probation office in the district to which Defendant is released.
- (X) Defendant shall not commit another federal, state or local crime.
- (X) Defendant shall not possess a firearm as defined in 18 U.S.C. § 921.
- (X) Defendant shall comply with standard conditions as adopted by the Court.
- (X) Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED because Defendant will likely be deported.
- (X) Defendant will cooperate in the collection of DNA as directed by the probation officer.

**SPECIAL CONDITION** of Supervised Release:
- (X) Defendant, if deported, shall not return to the United States illegally. If the defendant re-enters the United States legally, defendant shall report to the nearest U.S. Probation Office within 72 hours of defendant's return.

**ORDERED**: Defendant shall pay a special assessment of $100.00, which is due and payable immediately.

**ORDERED**: No fine is imposed because defendant has no ability to pay a fine.

**ORDERED**: Defendant advised that his right to appeal is limited to that reserved in his plea agreement.

Defendant is **REMANDED** to the custody of the U.S. Marshal.

9:16 a.m.   Court in Recess.
Hearing concluded.
Time: 00:16